UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-33732 |
|---|---|
| JEFFREY G. DANES JR. | (Chapter 13) |
| DANA R. DANES | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045214**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 41 | MID ATLANTIC FINANCE COMPANY<br>15500 LIGHTWAVE DR<br>#201<br>CLEARWATER, FL  33760 | 2,124.12 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2010

Certificate of Service            07-33732

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JEFFREY G. DANES JR.<br>113 DANVERS FARM CR.<br>UNION, OH  45322 | DANA R. DANES<br>113 DANVER FARMS CR.<br>UNION, OH  45322 | JOYCE M DEITERING<br>8801 N MAIN ST<br>STE 200<br>DAYTON, OH  45415 |
| (75.1n)<br>BAC HOME LOANS SERVICING LP<br>%MCCALLA RAYMER LLC<br>BANKRUPTCY DEPARTMENT<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA  30076 | (77.1n)<br>CHRISTIAN E NIKLAS<br>4805 MONTGOMERY ROAD<br>SUITE 320<br>NORWOOD, OH  45212 | (79.1n)<br>COUNTRYWIDE  HOME LOANS<br>%MCCALLA RAYMER<br>PO BOX 105364<br>ATLANTA, GA  30348 |
| (65.1n)<br>COUNTRYWIDE HOME LOANS INC<br>% MCCALLA RAYMER BANKRUPTCY<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA  30076 | (76.1n)<br>DILIGENTSIA CAPITAL GROUP LLC<br>% RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131 | (71.1n)<br>EMERSON KECK<br>318 W FOURTH<br>DAYTON, OH  45402 |
| (78.1n)<br>EMERSON KECK<br>15 W FOURTH ST  STE 100<br>DAYTON, OH  45402 | (64.1n)<br>MARK R LEMBRIGHT FOR<br>COUNTRYWIDE HOME LOANS INC<br>1500 WEST 3RD ST STE 400<br>CLEVELAND, OH  44113 | (41.1)<br>MID ATLANTIC FINANCE COMPANY<br>15500 LIGHTWAVE DR<br>#201<br>CLEARWATER, FL  33760 |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner            sv